JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02637<br>Assigned to: Stanley Blumenfeld, Jr.<br>*Magistrate Judge Charles F. Eick*<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed: April 1, 2024 |

The Court, having considered the parties' Joint Stipulation of Dismissal Without Prejudice, hereby DISMISSES the above-entitled action, without prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

The Court VACATES all pending dates and deadlines.

The Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated: May 30, 2024

*/s/ JBJr*

Stanley Blumenfeld, Jr.
United States District Judge